Kara L. Jassy, Bar No. 198846
kjassy@littler.com
Jacob M. Krall, Bar No. 296078
jkrall@littler.com
LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, California  90071
Telephone:  213.443.4300
Fax No.:       800.715.1330

Attorneys for Defendants
WALMART INC., WAL-MART ASSOCIATES, INC.

LAWRENCE W. FREIMAN (SBN 288917)
LAWRENCE@FREIMANLEGAL.COM
FREIMAN LEGAL
100 WILSHIRE BLVD., STE. 700
SANTA MONICA, CA 90401
TELEPHONE: (310) 917-1004
FACSIMILE: (310) 300-2603

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY WESSEN,<br><br>           Plaintiff,<br><br>     v.<br><br>WALMART INC., WAL-MART ASSOCIATES, INC. and DOES 1 through 20, inclusive,<br><br>           Defendants. | Case No. 5:23-cv-00638-JGB-SP<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:  March 10, 2023<br>Riverside Superior Court |

4862-9898-0456.1 / 080000-4312

**TO THE CLERK OF THE ABOVE-ENTITLED COURT**:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff CASEY WESSEN and Defendants WALMART INC. and WAL-MART ASSOCIATES, INC. by and through their counsel of record, submit this Joint Stipulation for Dismissal of Entire Action with Prejudice and hereby stipulate and agree to the following:

1. Plaintiff filed his Complaint in this action on March 10, 2023;
2. Defendants WALMART, INC. and WAL-MART ASSOCIATES, INC. removed this action to the United States District Court of the Central District of California on April 12, 2023; and
3. Plaintiff now agrees to dismiss all remaining causes of action in his Complaint against all Defendants with prejudice.
4. Each party to bear its own fees and costs.

Dated: July 6, 2023

LITTLER MENDELSON, P.C.

Kara L. Jassy
Jacob M. Krall
Attorneys for Defendant
WALMART, INC.

Dated: July 6, 2023

FREIMAN LEGAL

/s/ *Lawrence Freiman*
Lawrence Freiman,
Attorneys for Plaintiff
CASEY WESSEN

**ATTESTATION REGARDING SIGNATURES**

I, Jacob Krall, am the ECF User whose identification and password are being used to file this Joint Stipulation and Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that all singatories hereto concurred in and authorized this filing.

Jacob M. Krall

4862-9898-0456.1 / 080000-4312