JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY WESSEN,<br><br>              Plaintiff,<br><br>      v.<br><br>WALMART INC., WAL-MART ASSOCIATES, INC. and DOES 1 through 20, inclusive,<br><br>              Defendants. | Case No. 5:23-cv-00638-JGB-SPx<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:  March 10, 2023<br>Riverside Superior Court |

4861-4818-1352.2 / 080000-4312

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

# ORDER

This Court, having considered the Joint Stipulation for the Dismissal of the Entire Action and good cause appearing therefore, makes the following Order:

**IT IS HEREBY ORDERED** that the parties Joint Stipulation for the Dismissal of the Entire Action is GRANTED. Each party to bear their own costs.

**IT IS SO ORDERED.**

Dated: July 7, 2023

Hon. JESUS G. BERNAL

4861-4818-1352.2 / 080000-4312

1